UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) Case No. 21-42953-399 |
| **BARBARA J. JOHNSON**, | ) Chapter 13 |
| a/k/a Barbara J. McBride, | ) |
| a/k/a Barbara J. Payne, | ) |
| a/k/a Barbara J. McBride-Johnson | ) |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| **BARBARA J. JOHNSON**, | ) |
| | ) |
| Plaintiff, | ) Adversary Case No. 22-04016-399 |
| | ) |
| v. | ) |
| | ) |
| **U.S. BANK, N.A. (AS TRUSTEE FOR THE IGLOO SERIES IV TRUST,** | ) |
| | ) |
| Defendant. | ) |

## ORDER TO ISSUE PLURIES SUMMONS

On April 27, 2022, Barbara J. Johnson ("Plaintiff") filed an Adversary Complaint against U.S. Bank, N.A. (As Trustee for the Igloo Series IV Trust, ("Defendant"). The Clerk of Court issued the Alias Summons (doc. 9) on May 12, 2022. On June 6, 2022, the Plaintiff filed a Summons Service Executed (doc. 13) stating that the Defendant was served via personal service on May 5, 2022, at "U.S. Bank, 10 North Hanley Road, Clayton, Missouri 63105." However, Federal Bankruptcy Rule 7004(h) requires service by certified mail addressed to an officer of an insured depository institution. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is to issue a Pluries Summons and the Plaintiff is to serve such Pluries Summons on the Defendant in compliance with Federal Bankruptcy Rule 7004(h).

DATED:  June 7, 2022
St. Louis, Missouri
cjs

_Barry S. Schermer_
Barry S. Schermer
United States Bankruptcy Judge

Copies to:

**Barbara J Johnson**
1202 Edlor Dr.
Saint Louis, MO 63138

United States Bankruptcy Court

Eastern District of Missouri

Johnson,

    Plaintiff

U.S. Bank, N.A. (As Trustee for the Iglo,

    Defendant

Adv. Proc. No. 22-04016-bss

## CERTIFICATE OF NOTICE

| District/off: 0865-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 07, 2022 | Form ID: pdfo2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Barbara J Johnson, 1202 Edlor Dr., Saint Louis, MO 63138-3326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022        Signature:    /s/Gustava Winters